1  LINDA WENDELL HSU    (SBN 162971)
   LISA A. WILSON      (SBN 190392)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA 94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Plaintiff
   SCOTTSDALE INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  SCOTTSDALE INSURANCE COMPANY,        CASE NO.

12       Plaintiff,                      CERTIFICATE OF INTERESTED
                                         ENTITIES OR PERSONS
13       v.

14  ADMIRAL INSURANCE COMPANY, and
    DOES 1 through 50, inclusive,
15
16       Defendants.

17

18       Pursuant to Civil L. R. 3-16, the undersigned certifies that

19  the following listed persons, associations of persons, firms,

20  partnerships, corporations (including parent corporations) or

21  other entities (i) have a financial interest in the subject

22  matter in controversy or in a party to the proceeding, or (ii)

23  have a non-financial interest in that subject matter or in a

24  party that could be substantially affected by the outcome of this

25  proceeding:

26  / / /

27  / / /

28  / / /

1      1.    Scottsdale Insurance Company is a wholly owned

2   subsidiary of Nationwide Insurance Company.

3

4

DATED: August 18, 2008      SELMAN BREITMAN LLP

5

6

                                    By:

7                                        LINDA WENDELL HSU  (SBN 162971)
                                         LISA A. WILSON     (SBN 190392)
8                                        Attorneys for Plaintiff
                                         SCOTTSDALE INSURANCE COMPANY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

155984.1 380.25686

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS