1  LINDA WENDELL HSU   (SBN 162971)
   LISA A. WILSON     (SBN 190392)
2  P. BETTY SU        (SBN 229103)
   SELMAN BREITMAN LLP
3  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105
4  Telephone: (415) 979-0400
   Facsimile: (415) 979-2099
5
   Attorneys for Plaintiff
6  SCOTTSDALE INSURANCE COMPANY

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   SCOTTSDALE INSURANCE COMPANY,    CASE NO. C-08 3957SC
12
              Plaintiff,            STIPULATION EXTENDING TIME
13                                  FOR DEFENDANT ADMIRAL INSURANCE
        v.                          COMPANY TO RESPOND TO THE
14                                  COMPLAINT
   ADMIRAL INSURANCE COMPANY, and
15 DOES 1 through 50, inclusive,    JUDGE: Hon. SAMUEL CONTI

16            Defendants.

17

18     PURSUANT TO LOCAL RULE 6-1(a)[1] OF THE U.S. DISTRICT COURT

19 NORTHERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and

20 between plaintiff SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and

21 defendant ADMIRAL INSURANCE COMPANY ("ADMIRAL") in the above-

22 referenced SCOTTSDALE ACTION, through their respective attorneys,

23 _____
   [1] The rule provides:

24     6-1.    **Enlarging or Shortening Time.**

25         (a)  **When Stipulation Permissible Without Court Order.** Parties
                may stipulate in writing, without a Court order, to extend the time
26              within which to answer or otherwise respond to the complaint, or
                to enlarge or shorten the time in matters not required to be filed or
27              lodged with the Court, provided the change will not alter the date
                of any event or any deadline already fixed by Court order. Such
28              stipulations shall be promptly filed pursuant to Civil L.R. 5. [...]

                                    1
   ─────────────────────────────────────────────────────────────────
           STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT -
                                            CASE NO. C-08 3957SC

```
 1  that the last date for ADMIRAL to file its response to the
 2  Complaint is extended up to and including Friday, November 14,
 3  2008.
 4
 5  DATED: October 13, 2008       SELMAN BREITMAN LLP
 6
 7                                By: _____
                                       LINDA WENDELL HSU    (SBN 162971)
 8                                     LISA A. WILSON       (SBN 190392)
                                       P. BETTY SU          (SBN 229103)
 9                                     Attorneys for Plaintiff
                                       SCOTTSDALE INSURANCE COMPANY
10
11  DATED: October 13 2008        LEWIS, BRISBOIS, BISGAARD & SMITH LLP
12
13                                By: _____
                                       JERRY GARCIA         (SBN 131554)
14                                     Attorneys for Defendant
                                       ADMIRAL INSURANCE COMPANY
15
```

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA