```
1  LINDA WENDELL HSU    (SBN 162971)
   LISA A. WILSON       (SBN 190392)
2  P. BETTY SU          (SBN 229103)
   SELMAN BREITMAN LLP
3  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105
4  Telephone: (415) 979-0400
   Facsimile: (415) 979-2099
5
   Attorneys for Plaintiff
6  SCOTTSDALE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTTSDALE INSURANCE COMPANY, | CASE NO. C-08 3957SC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |
| v. | |
| ADMIRAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, | JUDGE: Hon. SAMUEL CONTI |
| Defendants. | |

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), IT IS HEREBY STIPULATED** by and between the parties in the above-referenced SCOTTSDALE ACTION, plaintiff SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and defendant ADMIRAL INSURANCE COMPANY ("ADMIRAL"), through their respective attorneys, that all causes of action brought by SCOTTSDALE contained in the Complaint on file herein are hereby voluntarily dismissed without prejudice,

///

///

///

1  and each party will bear their own attorneys' fees and costs in
2  connection therewith.
3
4  DATED: December 9, 2008    SELMAN BREITMAN LLP
5
6                              By: _____
                                    LINDA WENDELL HSU   (SBN 162971)
7                                   LISA A. WILSON      (SBN 190392)
                                    P. BETTY SU         (SBN 229103)
8                                   Attorneys for Plaintiff
                                    SCOTTSDALE INSURANCE COMPANY
9
10 DATED: December 4, 2008    LEWIS, BRISBOIS, BISGAARD & SMITH LLP
11
12                             By: _____
                                    JERRY GARCIA        (SBN 131554)
13                                  Attorneys for Defendant
                                    ADMIRAL INSURANCE COMPANY
14
15
16
17                                      ORDER
           IT IS SO ORDERED.
18
19    Dated:  12/10/08         By: _____
20                                 Hon.
                                   United                    Judge
21                                 Northern              California

                                   IT IS SO ORDERED
                                   Judge Samuel Conti